IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH A. JONES and
DEALVA JONES,

      Plaintiffs,

vs.                                        CASE NO. 5:06cv191/RS

HASHEM A. MUBAREK, M.D. and
MAHER AYOUBI, M.D.,

      Defendants.
_____/

## ORDER

Plaintiffs' attorney, Arthur Morrison, has failed to comply with the Orders dated November 16, 2006 (Doc. 11), and December 7, 2006 (Doc. 16).  New counsel has not appeared for plaintiffs, and plaintiffs have not filed notice that they intend to proceed *pro se* and have not caused any other record activity.  Efforts by the clerk to provide copies of orders to plaintiffs by mail at all available addresses for plaintiffs have been unsuccessful.  Plaintiffs have not provided their current address to the court.

Plaintiffs shall show cause not later than March 23, 2007, why this case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  The clerk is directed to provide a copy of this Order to plaintiffs' attorney, Arthur Morrison, by registered mail with return receipt and by facsimile.  Arthur Morrison is ordered to deliver a copy of this Order to plaintiffs within seventy-two hours of his receipt of the Order, and he shall file proof of his compliance with this Order with the court not later than seventy-two hours after

delivery of the Order to plaintiffs.  Arthur Morrison's failure to fully comply with this Order will be reported to the Appellate Division of the Supreme Court of New York and the New York State Bar Association.

ORDERED on March 2, 2007.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**