IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH A. JONES and
DEALVA JONES,

      Plaintiffs,

vs.                                    CASE NO. 5:06cv191/RS

HASHEM A. MUBAREK, M.D. and
MAHER AYOUBI, M.D.,

      Defendants.
_____/

## ORDER

    Arthur Morrison is ordered to show cause not later than April 9, 2007, why he should not be held in contempt for his failure to comply with the Court's Order dated November 16, 2006 (Doc. 11), December 7, 2006 (Doc. 16), and March 2, 2007 (Doc. 27), and shall further show cause why his failure to comply with the Court's Orders should not be reported to the Appellate Division of the Supreme Court in New York and the New York State Bar Association.

    ORDERED on March 27, 2007.


                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**