**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

KENNETH A. JONES and
DEALVA JONES,

    Plaintiffs,

vs.                                      CASE NO. 5:06cv191/RS

HASHEM A. MUBAREK, M.D. and
MAHER AYOUBI, M.D.,

    Defendants.
_____/

## ORDER

Arthur Morrison has failed to respond as directed by the Order dated March 27, 2007 (Doc. 31). I find that Arthur Morrison is in civil contempt for failure to comply with the Order dated November 16, 2006 (Doc. 11), the Order dated December 7, 2006 (Doc. 16), and the Order dated March 2, 2007 (Doc. 27). The clerk of the court is directed to report Arthur Morrison's failure to comply with the court's Orders, and shall provide a copy of this Order to the Appellate Division of the Supreme Court in New York and the New York State Bar Association.

ORDERED on April 10, 2007.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**