# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## OFFICE OF THE CLERK

**WILLIAM M. MCCOOL**
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Panama City Division

April 11, 2007

Supreme Court, State of New York
Appellate Division, Second Department
Attn: Attorney Admissions
45 Monroe Place
Brooklyn, NY 11201

　　　Re: Attorney Arthur Morrison (AM 5678)

Dear Clerk:

　　　Enclosed is an order entered by United States District Judge Richard Smoak on April 10, 2007, regarding attorney Arthur Morrison. Judge Smoak found Arthur Morrison in civil contempt and directed that our office notify the New York State Bar Association and the Supreme Court of New York. Mr. Morrison is associated Morrison Law Offices, P.C., 11 Skyline Drive Hawthorne, New York 10532.

　　　Please feel free to contact me at (850) 769-4556 if you need any further information regarding this matter.

　　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　　William M. McCool, Clerk of Court


　　　　　　　　　　　　　　　　　　　s/ Jeremy Wright
　　　　　　　　　　　　　　　　　　　Jeremy Wright, Deputy Clerk
　　　　　　　　　　　　　　　　　　　Clerk, US District Court
　　　　　　　　　　　　　　　　　　　30 West Government Street
　　　　　　　　　　　　　　　　　　　Panama City, FL 32401

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue | 1 N. Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## OFFICE OF THE CLERK

**WILLIAM M. MCCOOL**
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Panama City Division

April 11, 2007

New York State Bar Association
1 Elk Street
Albany, NY 12207

    Re: Attorney Arthur Morrison (AM 5678)

Dear Clerk:

    Enclosed is an order entered by United States District Judge Richard Smoak on April 10, 2007, regarding attorney Arthur Morrison.  Judge Smoak found Arthur Morrison in civil contempt and directed that our office notify the New York State Bar Association and the Supreme Court of New York.  Mr. Morrison is associated Morrison Law Offices, P.C., 11 Skyline Drive Hawthorne, New York 10532.

    Please feel free to contact me at (850) 769-4556 if you need any further information regarding this matter.

    Sincerely,
    William M. McCool, Clerk of Court


    s/ Jeremy Wright
    Jeremy Wright, Deputy Clerk
    Clerk, US District Court
    30 West Government Street
    Panama City, FL 32401

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Gainesville Division
401 SE 1st Avenue
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
1 N. Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX