# MEMORANDUM

**From:**

**ARTHUR MORRISON**

**ATTORNEY AT LAW**

**11 SKYLINE DRIVE**

**HAWTHORNE, NEW YORK 10532**

**TEL 914-592-8282**

**FAX 914-592-3482**

Dated: Hawthorne, New York
April 30, 2007

Hon. Wm. M. McCool
Clerk, United States District Court
Northern District of Florida
(Panama City Division)
390 West Government Street
Panama City, Florida 32401

 Re:  Jones v. Mubarek, et al. Case #5:06-cv191/RS

This is the case arising in the Southern District of New York which was transferred to the District Court, Northern District of Florida, Panama City Division and the attorneys who the client spoke to, to substitute and become counsel of record in Florida did not formally appear. My application to appear pro hac vice was denied.

At this point in time, I have moved in Southern District to reopen the case to the extent of permitting another attorney or the defendants to appear pro se, and permit another 30 days as a final opportunity for an attorney to appear as plaintiff's counsel. Counsel for the defendants Mubarek and Ayoubi, who is located in Tallahassee, Richard B. Collins, Esq. of the Collins Law Firm agreed by phone on April 23, 2007 to this arrangement.

May I provide the Court, for its file a copy of the Notice of Motion, Affidavit and Exhibits, which were filed Electronically in the Southern District.

The Orders Clerk in Southern District referred me to a firm of attorneys in Tallahassee who handle complex litigation and I have communicated with them if they could be of assistance in this case or locate Florida counsel. I am awaiting a response today.

Thank you for your time and attention to the contents of this Memorandum.

RESPECTFULLY SUBMITTED,

Arthur Morrison, Esq.,
Encl.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PANAMA CITY, FLA.

2007 MAY -1  AM 10: 13

KMc

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KENNETH A. JONES and DEALVA JONES,                    Case No: 05 CV 00059
Plaintiffs,

       - against -

BAY MEDICAL CENTER CORP.                              (TPG) (THK)
HASHEM A. MUBAREK, M.D.
and MAHER AYOUBI, M.D.,

                      Defendants

------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the affidavit of Arthur Morrison,

Esq., sworn to on April 30, 2007, ARTHUR MORRISON, ESQ., will move this court at room

1630 of the courthouse located at 500 Pearl Street, New York, New York, before the Hon.

Thomas Griesa for an order, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure

permitting the Reopening of this Case Previously Transferred from the Southern District of

New York to the United States District Court for the Northern District of Florida (Panama City

Division) for the sole purpose to substitute counsel or permit the plaintiffs to proceed Pro Se

thereat;

      Movant submits he has met the requirements of Rule 60(b) F.R.Civ.P. by

establishing that:

      (a) The plaintiffs should have the opportunity to prosecute their transferred action by

counsel of their choice or pro se; and

      (b) Counsel for defendants HASHEM A. MUBAREK, M.D. and MAHER

AYOUBI, M.D., in Panama City, Florida has agreed to the relief sought herein to allow the

plaintiffs thirty (30) days from the entry of an order in this Court and permit

Plaintiffs the final opportunity to prosecute their transferred action at the U.S. District Court,

Panama City, Florida by counsel of their choice or pro se;

(c) Such other and further relief as to this Court seems just and proper.

Dated: Hawthorne, New York
      April 30, 2007

/s/ Arthur Morrison

ARTHUR MORRISON, ESQ.
ATTORNEY FOR PLAINTIFFS
IN USDC: SDNY
Bar Code (AM5678)
11 Skyline Drive
Hawthorne, New York 10532
914-592-8282

To:

Richard B. Collins, Esq.,
Collins Law firm
Attorney for Defendants
Hashem A. Mubarek, M.D.
and Maher A Youbi, M.D.
USDC: Northern District of Florda
(Panama City Division)
2804 Remington Green Circle Suite 3
Tallahassee, Florida 32308

KENNETH A. JONES and
 DEALVA JONES,
Plaintiffs,
1445 East Masonic Drive
Fayetteville, Arkansas 72212-3880

Also
KENNETH A. JONES and
 DEALVA JONES,
Plaintiffs,
1507 Stonehenge place
Little Rock, Arkansas 72212-3880

Clerk,
United States District Court
Northern District of Florida
(Panama City Division)
30 West Government Street
Panama City, Florida 32401
Case#5:06cv 191/RS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KENNETH A. JONES and DEALVA JONES,
Plaintiffs,                                    Case No: 05 CV 00059

        - Against -

BAY MEDICAL CENTER CORP.                        (TPG) (THK)
HASHEM A. MUBAREK, M.D.
and MAHER AYOUBI, M.D.,

                        Defendants

-----------------------------------------------------------------x

State of New York        )
                         )ss:
County of Westchester)

        Arthur Morrison, being duly sworn, deposes and says:

        1. He is an attorney duly admitted to practice in all the courts of New York State and

the Southern District of New York since 1964 and makes this affidavit in support of the

relief prayed for herein:

        2. Annexed hereto as Exhibit "A" is this Court's docket sheet in this matter.

        3.  An issue has arisen requiring movant to seek the reopening of this case to

permit the substitution of counsel or allow the plaintiff's themselves to be substituted pro

se in the within case, heretofore transferred to the District Court for the Northern District

of Florda, Panama City Division (hereinafter Florida District Court").

        4.  Plaintiff Kenneth A. Jones informed deponent, after the case had been

transferred from the Southern /district, that  he had traveled to Panama City, Florida to

interview and engage substitute counsel. A copy of the Court File was provided the Client

for such intended firm of Florida attorneys. Deponent understands that those attorneys,

who communicated with the plaintiff Kenneth A. Jones about becoming plaintiff's counsel herein, did not file an appearance with the Florida District Court. Deponent independently received a communication from the Florida District Court to file an Application to be admitted *pro hac vice* before such District Court for the Northern District of Florida, Panama City Division (hereinafter "Pro Hac Vice Application". Deponent paid the District Court required filing fee, took the tutorial and provided documentation thereof and of good standing, however the *pro hac vice* Application was denied.

5.      Upon learning from the District Court that his *pro hac vice* Application had been denied, deponent wrote the plaintiffs on multiple occasions of this fact and the need for them to obtain substitute counsel. Deponent informed the plaintiffs of their urgent need for retention of counsel to act on their behalf, and further, that deponent was not admitted to practice law in the State of Florida and could take no further steps on their behalf to prosecute the case once his *pro hac vice* Application had been denied.

6.      Annexed as Exhibit "B" is a copy of the Dismissal Motion received from Richard B. Collins, Esq., of the Collins Law firm, 2804 Remington Green Circle Suite 3, Tallahassee, Florida 32308 Attorney for Defendants Hashem A. Mubarek, M.D. and Maher Ayoubi, M.D.(hereinafter "Collins" and/or Defenants' Florida Counsel")

7.      Annexed as Exhibit "C" is a copy of the deponent's covering letter to Mr. Collins in response to Exhibit "B", dated April 20, 2007 sent by Express Mail Receipt #EB412915418US and by Fax Transmission, which rejected and returned the Dismissal Motion as deponent was not counsel in the Florida District Court and was not authorized to act or accept service.

8.      Deponent spoke by telephone with Mr. Collins at his Tallahassee, Florida Offices on Monday, April 23, 2007 who acknowledged receipt of a copy of Exhibit "B"

2

and understood that deponent returned Exhibit "B" to him because he could not accept

service thereof and act as attorney for plaintiffs in Florida, but agreed that if a motion were

made to extend the time for plaintiffs to obtain substitute counsel in Florida for an

additional thirty (30) days or appear as their own counsel in the case, he would consent to

that application as a "Final Opportunity" to appear and prosecute their case.

       9.     Deponent has visited the Orders and Judgment Clerk of the Southern

District and consulted with others in the Clerk's Office, and was informed the proper

procedure would be to bring on the within motion under Rule 60(b) to reopen the case for

the limited purpose as indicated in the Notice of Motion annexed, to provide a "Final

Opportunity" for the plaintiffs to appear and prosecute their case in the Florida District

Court.

      10.    Service of this motion will be sent by Federal Express Overnight Priority

Delivery on April 30, 2007 to provide immediate notification of this application as

expressed in the within Notice of Motion.

      WHEREFORE, for all of the reasons stated above, movant Arthur Morrison

respectfully moves this court for an order granting the relief sought in the within Notice

of Motion.

Dated: Hawthorne, New York
      April 30, 2007

/s/ Arthur Morrison

ARTHUR MORRISON, ESQ.
ATTORNEY FOR PLAINTIFFS
IN USDC: SDNY
Bar Code (AM5678)
11 Skyline Drive
Hawthorne, New York 10532
914-592-8282

State of New York
County of New York

Sworn to before me this
30 day of April 2007

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 5, 2010

**EXHIBIT "A"**

**Court's docket sheet in this Matter**

CASREF, CLOSED, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00059-TPG-THK
### Internal Use Only

Jones et al v. Bay Medical Center Corp. et al
Assigned to: Judge Thomas P. Griesa
Referred to: Magistrate Judge Theodore H. Katz
Cause: 28:1332 Diversity-Medical Malpractice

Date Filed: 01/05/2005
Date Terminated: 07/22/2005
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Kenneth A. Jones**     represented by **Arthur Morrison**
Morrison Law Offices of Westchester
P.C.
11 Skyline Drive
Hawthorne, NY 10532
914-592-8282
Fax: 914-592-3482
Email: amorrison@xand.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dealva Jones**     represented by **Arthur Morrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bay Medical Center Corp.**     represented by **Richard Paul Stone**
*TERMINATED: 07/22/2005*
Costello, Cooney & Fearon, PLLC
205 South Salina Street
Syracuse, NY 13202
(212)-483-9600
Fax: (212)-344-7680
Email: rikkrikk100@hotmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**M.D. Hashem A. Mubarek**     represented by **David Henry Sculnick**
Gordon & Silber, P.C.,
355 Lexington Avenue
New York, NY 10017

212-834-0600
Fax: 212-490-0035
Email: dsculnick@gordon-silber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**M.D. Maher Ayoubi**                represented by **David Henry Sculnick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2005 | ◯1 | COMPLAINT against Bay Medical Center Corp., Hashem A. Mubarek, Maher Ayoubi. (Filing Fee $ 150.00, Receipt Number 530324)Document filed by Kenneth A. Jones, Dealva Jones.(gf, ) Additional attachment(s) added on 1/7/2005 (gf, ). (Entered: 01/06/2005) |
| 01/05/2005 | ◯ | SUMMONS ISSUED as to Bay Medical Center Corp., Hashem A. Mubarek, Maher Ayoubi. (gf, ) (Entered: 01/06/2005) |
| 01/05/2005 | ◯ | Magistrate Judge Theodore H. Katz is so designated. (gf, ) (Entered: 01/06/2005) |
| 01/05/2005 | ◯ | Case Designated ECF. (gf, ) (Entered: 01/06/2005) |
| 02/02/2005 | ◯2 | MOTION for Extension of Time. Document filed by Bay Medical Center Corp.. (Stone, Richard) (Entered: 02/02/2005) |
| 02/07/2005 | ◯6 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Richard Paul Stone dated 2/2/05 re: requesting until 2/15/05 to respond to the complaint. Approved. (Signed by Judge Thomas P. Griesa on 2/4/04) (kw, ) (Entered: 02/08/2005) |
| 02/07/2005 | ◯ | Set Answer Due Date purs. to 6 Endorsed Letter as to Bay Medical Center Corp. answer due on 2/15/2005. (kw, ) (Entered: 02/08/2005) |
| 02/08/2005 | ◯3 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Bay Medical Center Corp. served on 1/10/2005, answer due 1/31/2005. Service was accepted by Dorothy Walsingham,Executive Asst.. Document filed by Kenneth A. Jones. (Morrison, Arthur) (Entered: 02/08/2005) |
| 02/08/2005 | ◯4 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Hashem A. Mubarek served on 1/11/2005, answer due 1/31/2005. Service was accepted by Dr.Mubarek. Document filed by Kenneth A. Jones. (Morrison, Arthur) (Entered: 02/08/2005) |
| 02/08/2005 | ◯5 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Maher Ayoubi served on 1/11/2005, answer due 1/31/2005. Service was accepted by Dr. Ayoubi. Document filed by Kenneth A. |

Case 5:06-cv-00191-RS-MD    Document 37    Filed 05/01/07    Page 11 of 23

| | | |
|---|---|---|
| | | Jones. (Morrison, Arthur) (Entered: 02/08/2005) |
| 02/11/2005 | 7 | MOTION to Dismiss for Lack of Jurisdiction. Document filed by Hashem A. Mubarek, Maher Ayoubi. (Sculnick, David) (Entered: 02/11/2005) |
| 02/14/2005 | 8 | MEMORANDUM OF LAW in Support re: 7 MOTION to Dismiss for Lack of Jurisdiction.. Document filed by Hashem A. Mubarek, Maher Ayoubi. (Sculnick, David) (Entered: 02/14/2005) |
| 02/14/2005 | 9 | AFFIDAVIT of Mubarek & Ayoubi & exhibits in Support re: 7 MOTION to Dismiss for Lack of Jurisdiction.. Document filed by Hashem A. Mubarek, Maher Ayoubi. (Sculnick, David) (Entered: 02/14/2005) |
| 02/15/2005 | 10 | FIRST MOTION to Dismiss *for lack of subject matter and personal jurisdiction, as well as failure to state a claim*. Document filed by Bay Medical Center Corp.. (Stone, Richard) (Entered: 02/15/2005) |
| 02/15/2005 | 11 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - FIRST MOTION to Dismiss (Memorandum of Law). Document filed by Bay Medical Center Corp. (Stone, Richard) Modified on 2/23/2005 (kg, ). (Entered: 02/15/2005) |
| 02/23/2005 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Richard Stone to RE-FILE Document 11 FIRST MOTION to Dismiss, (Memorandum of Law in support of Motion to dismiss). Use the document type Memorandum of Law in Support of Motion to Dismiss found under the document list Responses and Replies. (kg, ) (Entered: 02/23/2005) |
| 03/07/2005 | 13 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Arthur Morrison dated 2/25/05 re: Counsel for plaintiff writes to request an extension of time to respond to the two pending motions until March 10. Approved. (Signed by Judge Thomas P. Griesa on 3/4/05) (jco, ) (Entered: 03/10/2005) |
| 03/08/2005 | 12 | MEMORANDUM OF LAW in Support re: 10 FIRST MOTION to Dismiss *for lack of subject matter and personal jurisdiction, as well as failure to state a claim*.. Document filed by Bay Medical Center Corp.. (Stone, Richard) (Entered: 03/08/2005) |
| 03/10/2005 | 14 | MOTION to Transfer Case. Document filed by Kenneth A. Jones, Dealva Jones. (Morrison, Arthur) (Entered: 03/10/2005) |
| 03/10/2005 | 15 | AFFIDAVIT of Arthur Morrison in Support re: 14 MOTION to Transfer Case.. Document filed by Kenneth A. Jones, Dealva Jones. (Morrison, Arthur) (Entered: 03/10/2005) |
| 03/11/2005 | 16 | AFFIDAVIT of arthur morrison in Opposition re: 7 MOTION to Dismiss for Lack of Jurisdiction., 10 FIRST MOTION to Dismiss *for lack of subject matter and personal jurisdiction, as well as failure to state a claim*.. Document filed by Kenneth A. Jones, Dealva Jones. (Morrison, Arthur) (Entered: 03/11/2005) |

| 03/15/2005 | ☉17 | REPLY MEMORANDUM OF LAW in Support re: 7 MOTION to Dismiss for Lack of Jurisdiction., 14 MOTION to Transfer Case.. Document filed by Hashem A. Mubarek, Maher Ayoubi. (Sculnick, David) (Entered: 03/15/2005) |
| --- | --- | --- |
| 06/27/2005 | ☉18 | ORDER; the parties shall contact the chambers of Magistrate Judge Katz by 6/17/05to schedule a conference. (Signed by Judge Denise L. Cote, Part I, on 6/10/05) (sac, ) (Entered: 06/28/2005) |
| 06/27/2005 | ☉19 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Specific Non-Dispositive Motion/Dispute: Conference Re: Possible Transfer or Dismissal. Referred to Magistrate Judge Theodore H. Katz. (Signed by Judge Denise L. Cote, Part I, on 6/10/05) (sac, ) (Entered: 06/28/2005) |
| 07/22/2005 | ☉20 | STIPULATION AND ORDER OF DISMISSAL. Action is dismissed as to defendant Bay Medical, without prejudice to plaintiffs' rights to proceed in Florida state court or Federal. This action continues as to the Doctors and is transferred to the appropriate federal district court in Panama City, Florida (Signed by Judge George B. Daniels on 7/22/05) (yv, ) (Entered: 07/25/2005) |
| 07/22/2005 | ☉ | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - Northern District of Florida, Panama City, Panama City Building, 2nd Floor, 30 West Government Street, Panama City, FL 32401. Sent original file along with documents numbered 1 - 21, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 855769449881 on 9/20/06. (ae, ) (Entered: 09/20/2006) |
| 02/01/2006 | ☉21 | TRANSCRIPT of proceedings held on 1/13/06 @ 2:45 pm before Judge Denny Chin. (kco, ) (Entered: 02/01/2006) |
| 09/29/2006 | ☉ | Received a letter from the United States District Court - Northern District of Florida(Panama City) acknowledging receipt of the entire file and assigned Case Number: 5:06-cv-191(RS/MD). (tve, ) (Entered: 11/01/2006) |

**EXHIBIT "B"**

**Copy of the Dismissal Motion received from Richard B. Collins, Esq., of the Collins Law firm,
2804 Remington Green Circle Suite 3, Tallahassee, Florida 32308**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH A. JONES and
DEALVA JONES,

          Plaintiffs,

                                      CASE NO. 5:06cv191/RS

v.

HASHEM A. MUBAREK, M.D. and
MAHER AYOUBI, M.D.

          Defendants.

_____/

## DEFENDANTS MOTION TO DISMISS

Come now the Defendants HASHEM A. MUBARAK, M.D. (s/h/a Hashem A. Mubarek) and MAHER AYOUBI, M.D. who, by and through their undersigned attorney, moves this Honorable Court for an order dismissing this action, (i) pursuant to FRCP 12(b)(1) for lack of subject matter jurisdiction, because the Plaintiffs have not shown diversity of the parties, (ii) pursuant to Fla. Stat. 766.203, because Plaintiffs have not complied with the mandatory presuit investigation requirements, and (iii) pursuant to FRCP 41(b), because Plaintiffs have failed to diligently prosecute this action.

## I. The Plaintiffs Have Not Shown Diversity of Citizenship Required for Subject Matter Jurisdiction

1) Federal Diversity Jurisdiction is limited to "Citizens of different States." <u>28 USCS § 1332(a)(1).</u>

2) Plaintiffs were apparently domiciled in Florida at the time of the incidents alleged to give rise to this suit.

3) At some later time, Plaintiffs left Florida and have been resident in at least two other states.  However, Defendant believes, based on credible investigative information, that Plaintiff's maintain contacts with Florida and may still be Florida domiciles.  For example, Plaintiff Dealva Jones is believed to have resided in Destin, Florida in 2005 and has renewed a Florida motor vehicle registration in 2004 and 2005.  Plaintiff Kenneth A. Jones is believed to have a current Florida driver's license and an FAA license reciting a Florida address.

4) No information tending to show the Plaintiffs have established a permanent residence, domicile, or citizenship in any state other than Florida was developed by Defendant's investigation.

5) Establishing a new domicile requires both taking up residence in a new state and forming an intention to remain in that state.  Mere residence in a State is insufficient to establish a domicile.  <u>Mas v. Perry, 489 F.2d 1396, 1399 (5th Cir. 1974)</u>

6) As Plaintiffs have not shown that they have both established domiciles outside of

Florida, they have not established the complete diversity of the parties required by

28 USCS § 1332(a)(1) and this action should be dismissed.

## II. Plaintiffs Have Failed to Comply with Chapter 766, Florida Statutes

7) Florida Statute § 766.203(2) requires prospective medical negligence claimants to

"conduct an investigation to ascertain that there are reasonable grounds" to

believe any defendant was negligent in the care or treatment of the claimant and

that such negligence resulted in injury.  The "reasonable grounds" must be

corroborated by a written opinion from a qualified medical expert.

8) Florida Statute § 766.106(2) requires all  claimants to notify each prospective

defendant by certified mail, return receipt requested, of intent to initiate litigation

for medical negligence prior to initiating such litigation.

9) Plaintiff has not plead compliance with these requirements of Florida law and has

not in fact complied with the requirements.

10) If a claimant has not complied with the presuit requirements prior to filing the

complaint, the court must dismiss the action.  The presuit investigation

requirements are not jurisdictional but rather are conditions precedent to the

bringing of a medical malpractice action.  See,  Clark v. Sarasota County Pub.

Hosp. Bd., 65 F. Supp. 2d 1308, 1310 (M.D. Fla. 1998).(citing Kukral v. Mekras,

679 So. 2d 278 (Fla. 1996).  See also Johnson v. Crosby, 2006 U.S. Dist. LEXIS

91755 (N.D. Fla. 2007)

### III.    Plaintiffs Have Not Diligently Prosecuted this Action

11) <u>Federal Rule of Civil Procedure 41(b)</u> provides for dismissal in cases of " failure of the plaintiff to prosecute or to comply with these rules or any order of court."

12) The original complaint underlying this suit was filed on December 24, 2004.

13) The Plaintiffs have failed to take actions needed to move the case forward.  No meaningful discovery has been conducted or even scheduled.

14) Plaintiffs' attorney has failed to comply with numerous orders of the Court and has been removed for cause.  The last contact from the Plaintiff's counsel was dated November 28, 2006.

15) Attempts to contact the Plaintiffs at the address of record in the original suit as well as all known addresses developed by Defendants through investigation have been unsuccessful.  Plaintiffs have not provided a current address to the Court and have not responded to the Court's Order dated March 2, 2007.  Plaintiffs have not appeared pro se or advised the Court of their intent to retain new counsel.

16) Defendants continue to incur costs for monitoring the action.


WHEREFORE, for all of the reasons stated above, Defendants respectfully move this Court for Entry of an Order of Dismissal.

DATED this 10th day of April, 2007.

/s/ Richard B. Collins
Richard B. Collins (FBN: 0161195)
Collins Law Firm, LLC
2804 Remington Green Circle, Suite 3
Tallahassee, Florida 32308
(850) 386-8160 Telephone
(850) 385-6062 Fax

*Attorney for Hashem A. Mubarak, M.D., and*
*Maher Ayoubi, M.D.*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a copy of the above and foregoing has been furnished by U.S. Mail on this 10th day of April, 2007 to the following:

Arthur Morrison, Esq.
Morrison Law Offices, P.C.
11 Skyline Drive
Hawthorne, NY 10532
        Attorney for Plaintiff

KENNETH A. OR DEALVA JONES at each of the following addresses:

    2300 SITLER ST
    MEMPHIS, TN 38114-4801

    1445 E MASONIC DR
    FAYETTEVILLE, AR 72703-5147

    1507 STONEHENGE PL
    LITTLE ROCK, AR 72212-3880

    P.O. BOX 983
    NEW YORK, NY 10018

    917 MOUNTAIN LAUREL RD
    MORRISTOWN, TN 37814-1406

    851 BOULEVARD E APT A-2
    WEEHAWKEN, NJ 07086-9021

                                    /s/ Richard B. Collins
                                    Richard B. Collins (FBN: 0161195)
                                    Collins Law Firm, LLC
                                    2804 Remington Green Circle, Suite 3
                                    Tallahassee, Florida 32308
                                    (850) 386-8160 Telephone
                                    (850) 385-6062 Fax

                                    *Attorney for Hashem A. Mubarak, M.D., and*
                                    *Maher Ayoubi, M.D.*

**EXHIBIT "C"**

**Copy of the deponent's covering letter to Mr. Collins in response to Exhibit "B",
dated April 20, 2007 sent by Express Mail Receipt #EB412915418US**

**ARTHUR MORRISON**
**ATTORNEY AT LAW**
**11 SKYLINE DRIVE**
**HAWTHORNE, NEW YORK 10532**
**TEL 914-592-8282                    FAX 914-592-3482**

April 20, 2007

Richard B. Collins, Esq.,
Collins Law Firm
2804 Remington Green Circle Suite 3
Tallahassee, Florida 32308

Via Overnight Delivery & Fax Transmission (850-385-6062)

Re: Kenneth A. Jones and Dealva Jones
vs.Hashem A. Mubarek M.D. and Maher Ayoubi, M.D.
Case#5:06cv 191/RS

Dear Mr. Collins:

I return the original of "Defendants Motion to Dismiss" as I am not plaintiff's attorney in the above District Court Case in Florida and not authorized to accept this motion from you or act upon its contents for the plaintiff.

I had previously made an Application to the Court to appear "Pro Hac Vice" for the plaintiffs, which application was denied.

May I inform you, that upon receipt of "Defendants Motion to Dismiss" I met with the Southern District Clerk here in New York (where the case originated) who informed me to return the original of the motion to you as I cannot appear or act in the Florida proceeding.

Yours very truly,

ARTHUR MORRISON

Encl (Original of "Defendants Motion to Dismiss")

EB412915418US

State of New York     )                    **CERTIFICATE OF SERVICE**
                      ) ss:
County of Westchester )

          Arthur Morrison, being duly sworn, deposes and says:

He is an attorney duly admitted to practice in all the courts of New York State and the Southern District

of New York since 1964 and certifies that on April 30, 2007 he mailed a copy of the within Notice of

Motion, Affidavit and Exhibits by FedEx Overnight Express to the following :

Richard B. Collins, Esq.,
Collins Law firm
Attorney for Defendants
Hashem A. Mubarek, M.D.
and Maher Ayoubi, M.D.
USDC: Northern District of Florda
(Panama City Division)
2804 Remington Green Circle Suite 3
Tallahassee, Florida 32308

KENNETH A. JONES and
 DEALVA JONES,
Plaintiffs,
1445 East Masonic Drive
Fayetteville, Arkansas 72212-3880
Also
KENNETH A. JONES and
 DEALVA JONES,
Plaintiffs,
1507 Stonehenge place
Little Rock, Arkansas 72212-3880
Clerk,
United States District Court
Northern District of Florida
(Panama City Division)
30 West Government Street
Panama City, Florida 32401
Case#5:06cv 191/RS

Dated: Hawthorne, New York
          April 30, 2007
State of New York
County of New York

Sworn to before me this
30 day of April 2007

/s/ Arthur Morrison

ARTHUR MORRISON, ESQ.
ATTORNEY FOR PLAINTIFFS
IN USDC: SDNY

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 5, 2010

6