# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## OFFICE OF THE CLERK

**WILLIAM M. MCCOOL**
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Panama City Division

Date:  May 24, 2008

Counsel of Record: **Clifford Higby**

Case Style:   **Jones v Mubarek**

Case number:   **5:06cv191 RS**

Dear Counsel;

   An Appeal Mandate has closed the above referenced case.

   Local Rule 5.2(B) All models, diagrams and exhibits remaining in the custody of the clerk shall be retrieved by the parties within three (3) months after the case is finally decided, unless an appeal is taken.  In all cases in which an appeal is taken, all exhibits shall be retrieved within thirty (30) days after the filing and recording of the mandate of the appellate court finally disposing of the case.

   You will have fourteen (14) days from the receipt of this letter to pick up any exhibits in the case listed above.  If the exhibits are not picked up within the fourteen days, the exhibits will be destroyed.

Sincerely,
William M. McCool, Clerk

  *s/ Susan Anderson*
Susan Anderson
Deputy Clerk

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Gainesville Division
401 SE 1st Avenue
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
1 N. Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX